**FILED**
**SEP 18 2019**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**U.S. BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re: DAYSE T. TARUSELLI    Debtor(s)    Case No. 19-0617

## DEBTOR'S CONSENT TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☒ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)

I consent to receive Notices of Electronic Filing (NEFs), both from the Court and from other ECF Users, through the U.S. Bankruptcy Court's CM/ECF system.

I understand that I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand and consent to receive electronic notice of any documents filed in any current or future bankruptcy or adversary cases.

I understand that it is my responsibility to maintain my active email account and the Bankruptcy Court is not responsible for managing bounce-back emails. Notice by electronic means is complete on transmission of the NEF.

I understand that consent to receive NEFs is completely voluntarily, and I may file a request to deactivate electronic noticing.

**I have presented the required photo identification with this request form to the intake clerk.**

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your email address)

I request the following update(s) to my email address:

☐ I have a new email address as indicated below.

☐ I previously de-activated my account. I request reactivation of electronic noticing so that I may receive filings via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of electronic noticing)

I request deactivation of electronic noticing. I understand that by deactivating electronic noticing, I will begin receiving all filings by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. The U.S. Bankruptcy Court bears no liability for errors resulting from the information I have submitted on this form.*

*Joint debtors who each request enrollment or already have a electronic noticing account must file separate forms.*

Signature: Draurelli    Date: 9/18/2019

Printed Name: DAYSE T TARUSELLI

*My Email Address is: DAYSETARUSELLI@GMAIL.COM
*Confirm Email Address: DAYSETARUSELLI@GMAIL.COM

*(CAPITAL letters only)

For this and other forms, visit the Court's website at: www.dcb.uscourts.gov.    (06/19)

