**DEFINM (12/15)**



In Re: **Dayse T. Taruselli**

Case No.: **19−00617−SMT**
Chapter: **7**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

### NOTICE OF REQUIREMENT TO COMPLETE INSTRUCTIONAL COURSE IN PERSONAL FINANCIAL MANAGEMENT AND TO FILE CERTIFICATION THEREOF (OFFICIAL FORM 423)

====================================================

Pursuant to 11 U.S.C. § 727(a)(11) and Bankruptcy Rule 1007, notice is hereby given that the debtor(s) must complete an instructional course in personal financial management after the filing of the petition and file a Certification About a Financial Management Course (Official Form 423) [1] as described in 11 U.S.C. § 111 by 12/23/2019.[2] **Failure to file the Certification About a Financial Management Course (Official Form 423) by the time indicated above may result in the case being closed without an entry of discharge.**[3]

Copies to: Debtor(s); Attorney for the Debtor(s) (if any).

_____

[1] If the personal financial management provider has not filed a certificate with the Court, the debtor(s) **must** submit Official Form 423 ("Certification About a Financial Management Course") pursuant to Fed. R. Bankr. P. 1007(b)(7). The court will not consider any "certification" submitted by the debtor(s) other than Official Form 423. The form is available at http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

[2] Section 727 of the Bankruptcy Code provides in pertinent part that "[t]he court shall grant the debtor a discharge, unless . . . after filing the petition, the debtor failed to complete an instructional course concerning personal financial management . . . ." 11 U.S.C. § 727(a)(11). Bankruptcy Rule 1007 also provides that "Unless an approved provider of an instructional course concerning personal financial management has notified the court that a debtor has completed the course after filing the petition...[a]n individual debtor in a chapter 7 . . . case shall file a statement regarding completion of a course in personal financial management . . . within 60 days after the first date set for the meeting of creditors under § 341 of the Code . . . ." Fed. R. Bankr. P. 1007(b)(7) and (c). The original date scheduled for the meeting of creditors in this case is 10/24/19.

[3] The debtor(s) must file a motion to reopen the case to permit the filing of the Certification About a Financial Management Course (Official Form 423) once the case is closed. The motion to reopen the case will require full payment of the reopening fee prior to the reopening of the case.

For the Court:
Angela D. Caesar

Dated: 9/20/19

By:
BB