| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Dayse T. Taruselli <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–5523 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 7   9/18/19 |
| Case number: | 19–00617–SMT | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dayse T. Taruselli | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1342 Monroe Street, NW <br> Unit B <br> Washington, DC 20010 | |
| 4. | **Debtor's attorney** <br> Name and address | None | Contact phone _____ <br> Email: |
| 5. | **Bankruptcy trustee** <br> Name and address | Bryan S. Ross <br> Bryan Ross, Trustee <br> 1776 K Street N.W. <br> Suite 200 <br> Washington, DC 20006–1222 | Contact phone 202–659–2214 <br> Email: ysnore@aol.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br><br>Contact phone (202) 354–3280<br><br>Date: 9/20/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 24, 2019 at 01:15 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**333 Constitution Ave., N.W., Room 1207, First Floor, Washington, DC 20001** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/23/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**341 MEETING CHECKLIST**

Dear Debtor,

There will be a 341 Meeting of Creditors at which you must appear (see the attached notice for the date and time). You are advised to comply with the following instructions:

One week prior to the 341 meeting the debtor should mail or email to the trustee (no faxes) copies of all bank statements showing the balances as of the date of filing the petition. To the extent the debtor has other types of accounts such as a stock account the same applies.

In addition, the debtor should provide the last 2 years of tax returns filed with the IRS and DC.

At the 341 meeting of creditors, the debtor needs to bring a picture ID, preferably a driver's license, and some document which has their social security number on it such as a social security card, W2, or tax return as long as that return was prepared by a third party.

United States Bankruptcy Court
District of Columbia

In re:                                                                 Case No. 19-00617-SMT
Dayse T. Taruselli                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1          User: admin              Page 1 of 1            Date Rcvd: Sep 20, 2019
                              Form ID: 309A            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.
```
db              +Dayse T. Taruselli,    1342 Monroe Street, NW,    Unit B,    Washington, DC 20010-3489
smg              Child Support Services Division,    Office of the Attorney General,
                  Judiciary Square 441 4th Street, NW,    5th Floor,    Washington, DC  20001
smg             +Office of Attorney General,    Tax, Bankruptcy, and Finance,    One Judiciary Square,
                  441 4th Street, NW,    6th Floor,    Washington, DC 20001-2714
smg              U.S. Attorney's Office,    Civil Division - Judiciary Ct. Building,    555 4th St., N.W.,
                  4th Floor,    Washington, DC  20001-2733
ust             +U. S. Trustee for Region Four,    U. S. Trustee's Office,    1725 Duke Street,    Suite 650,
                  Alexandria, VA 22314-3489
734955          +Alex Cooper Aucts., Inc.,    4910 Massachusetts Ave., NW #100,    Washington, DC 20016-4384
734958          +Bank of New York Mellon,    240 Greenwich Street,    New York, NY 10286-0001
734967          +Citibank, N.A.,    P.O. Box 790131,    St Louis, MO 63179-0131
734957          +EMC Mortgage Corporation/,    JP Morgan Chase/Chase,    3415 Vision Dr,    Colwnbus, OH 43219-6009
734959          +First Horizon Home Loan Corporation/,    First Tennessee Bank,    P.O. Box 15003,
                  Knoxville, 1N 37901-5003
734962          +Mortgage Electronic Registration Systems, Inc.,    1818 Library Street, Suite 300,
                  Reston, VA 20190-6280
734968           Radius Global Solutions, LLC,    7831 Olemoy Rd, Suite 250,    Minneapolis, MN 55439
734954          +Rosenberg & Associates, LLC,    8601 Westwood Center Dr, Suite 255,    Vienna, VA 22182-2287
734961          +Wells Fargo Bank, N.A.,    7110 Samuel Morse Dr, Suite 150,    Columbia, MD 21046-3437
734960          +Worldwide Securities Services-,    Structure Finance Services,    SAMI Series II 2006-AR4,
                  4 New York Plaza, 6th Floor,    New York, NY 10004-2473
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QBSROSS.COM Sep 21 2019 03:53:00     Bryan S. Ross,    Bryan Ross, Trustee,
                  1776 K Street N.W.,    Suite 200,    Washington, DC 20006-2304
734965           EDI: BANKAMER.COM Sep 21 2019 03:53:00     Bank of America,    4060 Ogletown/Stanton Rd,
                  Newark, DE 19713
734963          +EDI: TSYS2.COM Sep 21 2019 03:53:00     Barclays Bank Delaware,    P.O. Box 8803,
                  Wilmington, DE 19899-8803
734966          +EDI: WFNNB.COM Sep 21 2019 03:53:00     Comenity Bank/Wayfair Card,    P,O. Box 182789,
                  Columbus. OH 43218-2789
734964          +EDI: CHASE.COM Sep 21 2019 03:53:00     JP Morgan Chase Bank- Card Service,
                  301 N Walnut St, Floor 09,    Wilmington, DE 19801-3971
734945          +EDI: PRA.COM Sep 21 2019 03:53:00     PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
734956          +E-mail/Text: jennifer.chacon@spservicing.com Sep 20 2019 23:51:44
                  Select Portfolio Servicing, Inc.,    3217 South Decker Lake Dr,
                  South Lake City, UT 84119-3284
                                                                                             TOTAL: 7
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
```
              Bryan S. Ross    ysnore@aol.com,  bross@ecf.axosfs.com
              Dayse T. Taruselli    daysetaruselli@gmail.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```