## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | Case No. 19-00617-SMT |
|  | Chapter 7 |
| DAYSE T. TARUSELLI |  |
|     Debtor |  |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Daniel Callaghan and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of The Bank of New York Mellon, fka, The Bank of New York, as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4, Mortgage Pass-Through Certificates, Series, 2006-AR4 C/O Select Portfolio Servicing, Inc. ("Creditor"), in the above-captioned case related to the property located at 1342-b Monroe Street, NW, Washington, DC 20010 and the loan number ending in 6441 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Daniel Callaghan
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
bankruptcy@bww-law.com

Respectfully Submitted,

Dated: September 24, 2019

/s/ Daniel Callaghan
Daniel Callaghan, Bar No. MD0044
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555 (ph) 301-961-6545 (fx)
bankruptcy@bww-law.com
*Attorney for Creditor*

BWW#: DC-343615

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Bryan S Ross, Trustee

I hereby further certify that on this 24th day of September, 2019, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Dayse T. Taruselli
1342-b Monroe Street Nw
Washington, DC 20010-0000

/s/ Daniel Callaghan
Daniel Callaghan

BWW#: DC-343615