## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>DAYSE T. TARUSELLI<br>    Debtor | Case No. 19-00617-SMT<br><br>Chapter 7 |

THE BANK OF NEW YORK MELLON, FKA, THE
BANK OF NEW YORK, AS SUCCESSOR IN INTEREST
TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE
FOR STRUCTURED ASSET MORTGAGE
INVESTMENTS II TRUST 2006-AR4, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES, 2006-AR4
  C/O SELECT PORTFOLIO SERVICING, INC.
    Movant
v.
DAYSE T. TARUSELLI
    Debtor/Respondent
and
BRYAN S ROSS
    Trustee/Respondent

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing on The Bank of New York Mellon, fka, The Bank of New York, as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4, Mortgage Pass-Through Certificates, Series, 2006-AR4's c/o Select Portfolio Servicing, Inc. ("Movant") Motion for Relief from Automatic Stay has been scheduled pursuant to 11 U.S.C. § 362 as follows:

**Date: December 12, 2019    Time: 02:00 PM**

before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge, in Courtroom No.1, United States Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001.

    NOTICE IS ALSO GIVEN that the Court may, at the time hereinabove scheduled, combine the preliminary hearing with the final hearing pursuant to 11 U.S.C. § 362(e).

    Respectfully Submitted,

Dated: November 20, 2019

/s/ Daniel Callaghan
Daniel Callaghan, Esq.
DC Fed Bar No. MD0044
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

BWW#:DC-343615

301-961-6555
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Movant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of November, 2019, a copy of the foregoing Notice of Hearing was mailed, first class postage prepaid to:

Bryan S Ross, Trustee
1776 K Street, NW
Suite 200
Washington, DC 20006-1222

Dayse T. Taruselli
1342 Monroe Street NW
Unit B
Washington, DC 20010

/s/ Daniel Callaghan
Daniel Callaghan, Esq.