**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 19-00617-SMT |
| DAYSE T. TARUSELLI | |
|     Debtor | Chapter 7 |

THE BANK OF NEW YORK MELLON, FKA, THE
BANK OF NEW YORK, AS SUCCESSOR IN INTEREST
TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE
FOR STRUCTURED ASSET MORTGAGE
INVESTMENTS II TRUST 2006-AR4, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES, 2006-AR4
C/O SELECT PORTFOLIO SERVICING, INC.
    Movant
v.
DAYSE T. TARUSELLI
    Debtor/Respondent
and
BRYAN S ROSS
    Trustee/Respondent

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION**

     PLEASE TAKE NOTICE THAT WITHIN 17 DAYS AFTER FILING OF THIS MOTION you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and served (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

     IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

                                      Respectfully Submitted,

Dated:  November 20, 2019               /s/ *Daniel Callaghan*
                                          Daniel Callaghan, Esq.
                                          DC Bar No. MD0044
                                          BWW Law Group, LLC
                                          6003 Executive Blvd, Suite 101
                                          Rockville, MD 20852
                                          301-961-6555

BWW#:DC-343615

301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Movant*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of November, 2019, a copy of the foregoing Notice of Deadline to File and Serve Objection to Motion, was mailed by first class mail, postage prepaid, to the following persons:

Bryan S Ross, Trustee
1776 K Street, NW
Suite 200
Washington, DC 20006-1222

Dayse T. Taruselli
1342 Monroe Street Nw
Unit B
Washington, DC 20010


/s/ Daniel Callaghan
Daniel Callaghan, Esq.